UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN PETROLEUM AND TRANSPORT, INC.,

       Plaintiff,

– against –

M/Y MOCA, *her engines, boats, machinery, tackle, fittings, and appliances, etc., in rem*,

       Defendant.

**ORDER**

22-cv-8470 (ER)

Ramos, D.J.:

  American Petroleum and Transport, Inc. ("American Petroleum"), filed this action against M/Y Moca on October 5, 2022. Doc. 1. Since then, there has been no activity in the case.

  American Petroleum is instructed to submit a status letter by no later than Monday, May 29, 2023. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, American Petroleum is reminded that, pursuant to Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time."

It is SO ORDERED.

Dated: May 23, 2023
     New York, New York

                    EDGARDO RAMOS, U.S.D.J.