UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN PETROLEUM AND TRANSPORT, INC.,

                Plaintiff,

– against –

M/Y MOCA, *her engines, boats, machinery, tackle, fittings, and appliances, etc., in rem*,

                Defendant.

**ORDER**

22-cv-8470 (ER)

Ramos, D.J.:

    American Petroleum and Transport, Inc. ("American Petroleum"), filed this action against M/Y Moca on October 5, 2022. Doc. 1. After several months of inactivity, the Court directed American Petroleum to submit a status letter by no later than May 29, 2023. Doc. 3. No letter was filed.

    American Petroleum is instructed to submit a status letter by Friday, July 14, 2023. Failure to do so will result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, the Court reiterates that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:    July 7, 2023
               New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.